In the Matter of WESLEY STICKLES, Petitioner, against CARROLL E. MEALEY, as Commissioner of the Bureau of Motor Vehicles of Albany, Respondent.— Proceeding under article 78 of the Civil Practice Act to review a determination of the Commissioner of Motor Vehicles in revoking, after hearing, petitioner's chauffeur's license. The evidence clearly supports the determination of the

Commissioner of Motor Vehicles, which determination should be confirmed. Determination of the Commissioner unanimously confirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.